**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

WANDA M. MILLER,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

NO. CV-05-3075-MWL

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**.

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g).

Judgment is entered for **Plaintiff**.

**FILE CLOSED.**

DATED this 16th day of January, 2007.

                JAMES R. LARSEN
                District Court Executive/Clerk

                s/ Alma R. Gonzalez
by: _____
                ALMA R. GONZALEZ
                Deputy Clerk

cc: all counsel